

**LAW OFFICE OF GABRIEL A. LEVY, P.C.**

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030  ✉ Glevy@glpcfirm.com  ☏ (347) 941-4715

May 28, 2025

Hon. Judge Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/28/2025
```

**MEMORANDUM ENDORSED**

RE:   **PICON v. SO ICY, INC.**
      **DOCKET NO. 1:25-cv-990**

Dear Judge Woods:

The undersigned represents Yelitza Picon, the plaintiff in the above-referenced matter. I write to provide a status update and to request a 30-day adjournment of the initial conference, currently scheduled for June 4, 2025 (Doc. 4). This is plaintiff's first request for an adjournment of the initial conference.

This action was commenced on February 4, 2025, with the filing of a summons and complaint (Doc. 1). Service was completed on February 18, 2025, making the defendant's answer due by March 11, 2025 (Doc. 6).

To date, my office has not received any communication from the defendant or their counsel. On May 27th, my office sent an email to Info@soicyjewelry.com, an email address listed on the defendant's website. The email notified the defendant about this action, the upcoming conference, and that the time to respond to the complaint had expired. Unfortunately, we have not yet received any response.

In light of these circumstances, the undersigned respectfully requests a 30-day adjournment of the initial conference. This additional time may allow the defendant to appear. Should the defendant continue to fail to appear, plaintiff intends to move for default judgment.

Thank you for your time and consideration on this matter.

Respectfully,
/s/ Gabriel A. Levy

---

Application granted. The initial pretrial conference scheduled for June 4, 2025 is adjourned to July 30, 2025 at 2:00 p.m. The deadline for the parties to file the joint letter and proposed case management plan outlined in the Court's February 5, 2025 order, Dkt. No. 4, is extended to July 23, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 7.

SO ORDERED.

Dated: May 28, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge